**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO.
                                                       3:05CR0036 (JCH)

MARVIN OGMAN,
          Defendant.

                                                       APRIL 21, 2008

**ORDER TO SHOW CAUSE**

The Defendant  is hereby ORDERED to SHOW CAUSE, by June 20, 2008, why

the defendant ought to be granted  relief pursuant to 18 U.S.C. § 3582(c)(2) and

994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The Government is to respond no later than July 21, 2008

The court has reviewed a supplemental Presentence Report prepared by the

Probation Office that suggests the defendant is ineligible because the Amendment

does not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)).

The defendant's guideline range was determined based on his status as a career

offender.


**SO ORDERED.**

Dated at Bridgeport, Connecticut this 21st day of April, 2008.


        /s/ Janet C. Hall
        Janet C. Hall
        United States District Court